## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 16-CR-00331 (JMB) |
| Plaintiff, | |
| v. | **ORDER** |
| Jared Clifford Ruhl, | |
| Defendant. | |

This matter came before the Court on Defendant Jared Clifford Ruhl's Motion to Appoint Counsel (Motion). (Doc. No. 92.) In the Motion, Ruhl seeks appointment of counsel pursuant to 18 U.S.C. § 3006A(a)(1), (a)(2) to assist him in seeking a sentence reduction under 18 U.S.C. § 3582(c). (*See id.*) The Court has determined that Ruhl is financially unable to employ counsel and finds that it is in the interests of justice to assign counsel.

Therefore, IT IS HEREBY ORDERED that the Motion (Doc. No. 92) is GRANTED and Eric Riensche of the Office of the Federal Defender's Office for the District of Minnesota is appointed under 18 U.S.C. § 3006A.

Dated:  August 6, 2025

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court

1